**Electronically Filed
Supreme Court
SCWC-30646
12-OCT-2011
03:08 PM**

NO. SCWC-30646

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

WAN HO SO, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30646; CASE NO. 1P110-00394)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant Wan Ho So's application

for writ of certiorari, filed on September 7, 2011, is hereby

rejected.

DATED:  Honolulu, Hawai'i, October 12, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

James S. Tabe,
Deputy Public Defender,
for petitioner/defendant-
appellant on the application